# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                            Case No. 13-CR-16

**JASON B. GUIDRY,**

    Defendant.

## DECISION AND ORDER

Defendant Jason Guidry ("Guidry") objects in this motion to Magistrate Judge William Callahan's ruling denying Guidry's motion to suppress evidence. The Government has responded to the objection and the Court has read the submissions. The Court rules as follows.

Guidry's motion is denied. The Court adopts Magistrate Judge Callahan's ruling and the rationale supporting the conclusion.

**IT IS HEREBY ORDERED THAT:**

Guidry's objection to Magistrate Judge Callahan's report and recommendations (ECF No. 50) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 16th day of August, 2013.

                                                          **BY THE COURT:**

                                                          _____

                                                          **HON. RUDOLPH T. RANDA**
                                                          **U.S. District Judge**